## IN THE UNITED STATESD DISTRICT COURT
## FOR THE CENTRAL DIVISION OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **J.T.**, by and through his mother, **A.F.**; ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. | 12-CV-03203 |
| ) | | |
| **JULIE HAMOS**, in her official capacity ) | | |
| as Director of the Illinois Department of ) | | |
| Healthcare and Family Services, ) | | |
| ) | | |
| Defendant. ) | | |

## AGREED ORDER

Pursuant to the agreement of the parties, the Court having been fully advised, IT IS HEREBY ORDERED:

1.  Defendant will seek to procure a contract, in accordance with applicable State laws, policies and procedures, for appropriate treatment and placement at a Psychiatric Residential Treatment Facility for Plaintiff J.T.;

2.  Plaintiff shall comply and cooperate with the Department of Healthcare And Family Services' procedures and requests for information;

3.  This Order shall be in effect until further order of the Court;

ENTER: s/Sue E. Myerscough
_____
Honorable Sue E. Myerscough
United States District Judge

DATED: August 7, 2012
_____